The order below is hereby signed.

Signed: October 1 2019



*S. Martin Teel, Jr.*
S. Martin Teel, Jr.
United States Bankruptcy Judge

# IN THE UNITED STATES BANKRUPTCY COURT FOR
# THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **IN RE: JEANNIE QUINTEROS,** * | **Case No. 19-00195-SMT** | |
| Debtor. * | **Chapter 13** | |
| * | | |
| * * * * * * * * | * * * * * | |
| **CAPITAL VENTURES** * | | |
| **INTERNATIONAL, LLC** * | | |
| Movant, * | | |
| v. * | | |
| * | | |
| **JEANNIE QUINTEROS,** * | | |
| Respondent/Debtor, * | | |
| * | | |
| **RONNIE QUINTEROS,** * | | |
| Respondent/Co-Debtor, * | | |
| And * | | |
| * | | |
| **NANCY SPENCE GRIGSBY, Trustee** * | | |
| * | | |
| * * * * * * * * | * * * * * | |

## ORDER GRANTING RELIEF FROM AUTOMATIC STAY AS TO
## REAL PROPERTY AT 1596 SALERNO CIRCLE, WESTON, FL 33327

Upon review of the Motion for Relief from Automatic Stay and Co-Debtor Stay (the "Motion") filed by Capital Ventures International, LLC (the "Movant"), and pursuant to the court's oral decision of October 1, 2019, it is

**ORDERED**, that the Motion is **GRANTED**; and it is further

1

#3321559v.1

**ORDERED**, that the Automatic Stays imposed by 11 U.S.C. §362(a) and §1301(a) are **TERMINATED** to enable Movant, and/or its successors and assigns, to cause the commencement or continuation of a foreclosure proceeding, and/or pursuant other means, as permitted by applicable state law, of obtaining or transferring title to the real property belonging to the Debtor and commonly known as 1596 Salerno Circle, Weston, Florida 33327 (the "Property"), and to allow the purchaser or transferee to obtain possession same; and it is further

**ORDERED**, that the Automatic Stay of 11 U.S.C. §362(a) shall not be reimposed as to the Debtor's interest in the Property by the conversion of this case to a case under another Chapter of the United States Bankruptcy Code.

CC:
Movant
Trustee
Debtor's Counsel
Debtor

**END OF ORDER**

#3321559v.1